IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:06CR296 |
| | ) | |
| v. | ) | |
| | ) | |
| CARL JOHNSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to extend time for appeal (Filing No. 64). The Court has reviewed the motion and finds it should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until August 31, 2012, to file an appeal in this case.

DATED this 29th day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court